IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| MARGARET ELLIOT,<br>    Plaintiff, | ) <br> ) <br> ) | Case No. |
| v. | ) <br> ) | DISMISSAL WITH PREJUDICE |
| PORTFOLIO RECOVERY ASSOC, LLC,<br>    Defendant. | ) <br> ) <br> ) | |

Plaintiff Margaret Elliot, by her attorney Ray Johnson, hereby dismisses the above-captioned matter with prejudice.

Respectfully submitted,

*/s/ Ray Johnson*

RAY JOHNSON   AT0004019
Johnson Law Firm
950 Office Park Road, Suite 221
West Des Moines, IA  50265
Phone: (515) 224-7090
Fax: (515) 222-2656
Johnsonlaw29@aol.com